Samuel Smith
248 3rd St. #445
Oakland, CA 94607

FILED IFP

FEB -7 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT OF NORTHERN CALIFORNIA

C 22-00782 LB

Samuel Smith

    Plaintiff

vs.

Credit Collection Service, Equifax, Transunion, Experian

    Defendant

Case No.

UNFAIR COMPETITION LAW
UNFAIR BUSINESS PRACTICE
FAIR CREDIT REPORTIN ACT
CALIFORNIA PROFESSONAL
CODE:17200, 17500

## STATEMENT

On October, 13 2020 Credit Collection Service (CCS) bought a debt from Liberty Mutual Insurance Company. Also, my information was giving to them also, by Liberty Mutual Insurance Company. I had a policy with Liberty Mutual Insurance Company 1 for auto and the other rental insurance. Which was cancel in December, of 2019 due to I had another insurance company for better rates. I have no outstanding balance with either, Credit Collection Service nor, Liberty Mutual Insurance Company. My contract of obligation ended March of 2020. I did not renew my contract with Liberty Mutual Insurance Company nor, do I have a Contract with Credit Collection Service of my signature or any documentation binding me to the amount that Credit Collection Service to pay

them a total of the 2 combine account of $2749.00.

Insurance Companies do not, continue coverage of anyone without payment. Nonpayment results in a lapse of coverage and a cancellation of the policy. Neither, can Credit Collection Service nor Liberty Mutual Insurance can Provide any documentation that can validate a debt to them that I owe.

There is no record of a renewed contract beyond March 2020. With Liberty Mutual Insurance Company. There is no signature that binds me to services of Liberty Mutual Insurance Company, Nor Credit Collection Services. There is no documentation me agreeing to pay for services of Liberty Mutual Insurance Company and Credit Collection Service. However, there was no "Credit" extended from either Liberty Mutual Insurance Company, nor Credit Collection Service.

Credit Collection Service is a "Debt Buyer" not a "Debt collector" under the 15 U.S.C.§1692 a (6).

Liberty Mutual Insurance Company" wanted me to pay charges of 2749.00 with no active coverage and the policy ended March of 2020. And I ended the coverage with " Liberty Mutual Insurance" in December 2019 because I went to Farmers Insurance Co for the better rate of Auto Insurance. Liberty Mutual Insurance continue to bill me for a policy that didn't exist, because of "Cancellation". Furthermore, Credit Collection Service bought the debt, and I refuse to honor such a nonexisting debt. Credit Collection Service place a false inquiry on my credit profile with Equifax, Transunion, and Experian. My Credit

profile has a "Negative" inquiry of a "False" debt owed to Credit Collection Service, of nonpayment of a debt of $2749.00. Which lower my score of 141 to 171 points on my credit profile, each of the credit bureau. Im seeking that the court to permanently stop Credit Collection Services to stop reporting that false inquiry of a debt that I don't owe to Credit Collection Service. And a $1000.00 dollars for each offense. That include "defamation of Character" by me going to apply for Credit Card, Automobile, House. It tarnish my record of being denied. Of being a High Risk, exaggerated interest cost. That's what the damages are being un credit worthy. I was made of aware of Credit Collection Service when I tried to rent a apartment. Because of the "False' reporting of a debt that don't exist between me and and Credit Collection Service. I was denied the application

Equifax, Transunion, and Experian are named in this lawsuit with Credit Collection Service, because they are enjoined with each other by contractual agreement. Companies of Credit Collection Service gets paid by giving and reporting information about the consumer (General Public). I want the court to grant this petition to the court of "Equity Relief "of dismissing and stop Credit Collection Service reporting a false information of me owing them any moneys. Also, having the Credit to restore the "Status Quo" of the score they removed from my credit profile Equifax-171 points, Transunion- 174 and Experian-151 points

I'm petition the court for monetary damage and equity relief, against the named defendants and a jury trial.

Date: 2/7/22

Pro-Per Samuel Smith