Clear Form

FILED

FEB -7 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Samuel Smith

　　　　　　　　Plaintiff,

vs.

Credit Collection Service, Equifax, Transunion, and Experian

　　　　　　　　Defendant.

CASE NO. C 22-00782 JD

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

　　　I, Samuel Smith, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

　　　In support of this application, I provide the following information:

1.　　Are you presently employed?　　　　　　　　　　Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0　　　　　　　　　　　　　　Net: $1200.00

Employer: N/A

Social Securiy

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.    Business, Profession or     Yes ___ No ___
8           self employment?

9      b.    Income from stocks, bonds,     Yes ___ No ✔
10          or royalties?

11     c.    Rent payments?     Yes ___ No ✔

12     d.    Pensions, annuities, or     Yes ___ No ✔
13          life insurance payments?

14     e.    Federal or State welfare payments,     Yes ✔ No ___
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 $1200.00 _____
20 _____

21 3.  Are you married?     Yes ___ No ✔
22 Spouse's Full Name: __N/A_____
23 Spouse's Place of Employment: __N/A_____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $__N/A_____ Net $__N/A_____
26 4.  a.  List amount you contribute to your spouse's support:$ __N/A_____
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

N/A

5. Do you own or are you buying a home?    Yes ___   No ✔

Estimated Market Value: $_____   Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___   No ✔

Make N/A    Year _____   Model _____

Is it financed? Yes ___   No ✔   If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?   Yes ___   No ✔   (Do not include account numbers.)

Name(s) and address(es) of bank: Check Cashing

Present balance(s): $ _____

Do you own any cash?   Yes ___   No ___   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___   No ___

8. What are your monthly expenses?

Rent: $ 852    Utilities: 70

Food: $ 200    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1

2   10.   Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___   No ✔
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _____
7   _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.

10
11   _2/7/22_____            _[signature]_____
12       DATE                            SIGNATURE OF APPLICANT