AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Samuel Smith<br><br>*Plaintiff(s)*<br>v.<br>Credit Collection Service, Equifax, Transunion, Experian<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.<br><br>C 22-00782 LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Credit Collection Service: 725 Canton St. Norwood, MA 02062
Equifax: 1550 Peachtree St.N.W. Atlanta, Georgia 30309
Transunion: 555 W Adams St, Chicago, IL 60661
Experian: 955 American lane, Schaumburg IL 60173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Smith
248 3rd St.
Oakland CA 94607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 07 2022

ANGELA JIMENEZ
*Signature of Clerk or Deputy Clerk*