# Do you need help representing yourself in federal court?

## Legal Help Center

**450 Golden Gate Avenue, 15th Floor, Room 2796
San Francisco, CA 94102**

If you are representing yourself or are thinking about filing a case in the San Francisco or Oakland divisions of the U.S. District Court for the Northern District of California, you may speak with a lawyer at the Legal Help Center. **There is no fee for this service.** The lawyer can give you:

- information and help you understand the federal court processes and procedures that you need to follow;
- explanations of court orders and other paperwork;
- answers to your legal questions; and
- referrals to appropriate legal, social, and government services.

Help is provided **by appointment only**. To make an appointment please call (415) 782-8982 or sign up in the appointment book located outside the Center.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

If you seek help from the Center, **you will still represent yourself**. The lawyer at the Center can not be your lawyer.

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO