United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SAMUEL SMITH, | Case No. 22-cv-00782-LB |
| Plaintiff, | |
| v. | **ORDER GRANTING IN FORMA PAUPERIS APPLICATION** |
| CREDIT COLLECTION SERVICE, EQUIFAX, TRANSUNION, EXPERIAN, | Re: ECF No. 2 |
| Defendant. | |

The plaintiff filed an application to proceed *in forma pauperis*. The court grants the application and directs the Clerk of Court to issue the summons. The court also directs the U.S. Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the summons and complaint, any amendments or attachments, the plaintiff's affidavit, and this order on the defendant(s).

**IT IS SO ORDERED.**

Dated: February 10, 2022

_____
LAUREL BEELER
United States Magistrate Judge