AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SAMUEL SMITH<br>*Plaintiff(s)*<br>v.<br>CREDIT COLLECTION SERVICE, EQUIFAX, TRANSUNION, EXPERIAN<br>*Defendant(s)* | Case No. 22-cv-00782-LB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Credit Collection Service: 725 Canton St. Norwood, MA 02062; Equifax: 1550 Peachtree St. N. W. Atlanta, Georgia 30309; Transunion: 555 W Adams St, Chicago, IL 60661; Experian: 955 American lane, Schaumburg IL 60173

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Smith
248 3rd St. #445
Oakland, Ca 94607

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 2/11/2022

*Angel N.J.*
*Signature of Clerk or Deputy Clerk*