1  Your name: Samuel Smith
2  Address: 248 3rd St. #445
3  Oakland, CA 94607
4  Phone Number: 510-437-0676
5  Fax Number:
6  E-mail Address: Samuelle.Smith@gmail.com
7  Pro Se  [Select one: Plaintiff or Defendant]

FILED
FEB 14 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

[Select one location: San Francisco / Oakland / San Jose / Eureka]

Samuel Smith

Plaintiff(s),

vs.

Credit Collection Service
Equifax, Transunion,
Experian

Defendant(s).

Case Number: 3:22-CV-00782LB

*Title of Document:*
Proof of Service

TITLE OF DOCUMENT: Proof of Service   CASE NO.: 3:22-CV-00782LB
3:22-CV-00782LB
PAGE NO. ___ OF ___ [JDC TEMPLATE]

**Justice & Diversity CENTER**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** Samuel Smith v. CSS - Equifax, Transunion, Eeperian

2. **Case Number:** 3:22-CV-00782-LB

3. **What documents were served?** *[Write the full name or title of the document or documents]* Compliant and Summon

4. **How was the document served?** *[check one]*
   - [✓] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Transunion - 555 W. Adams St
   Equifax - 1550 Peachtree St. N.W., Chicago, IL 60661
   Alanta, Georgia
   Experian - 955 Aemerican Lane,
   Schaumburg IL 60173

6. **When were the documents sent?** _____

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signature]*
   Name: Samuel Smith
   Address: 248 3rd St, #445
   Oakland, CA 94607

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*