# Exhibit B

Liberty Mutual Invoice to Plaintiff for Renter's Insurance Policy

```
LIBERTY MUTUAL GROUP
PO BOX 958416
LAKE MARY FL 32795
```


```
SAMUEL SMITH
1480 BEL AIR DR UNIT 201
CONCORD CA 94521-2895
```

Dear Samuel Smith,

This is a courtesy letter to inform you there is a balance of $88.85 owed on your Renter's insurance policy. We realize the outstanding balance may be the result of a misplaced bill or simple oversight, and we appreciate your attention to this matter.

The amount due reflects the premium that is still owed for coverage provided up to the cancellation date of 06/07/2020.

Please pay the full amount immediately, to prevent the balance from being sent to a collection agency and reporting of debt to credit reporting service on November 22, 2020. Additional late charges and collection fees may be incurred.

| Transaction & Policy Details | Payment Due |
|---|---|
| Cancellation Effective Date:   06/07/2020<br>Policy Number:             26-75 | Amount still owed:   $88.85 |

**To make a payment online:** Visit www.libertymutual.com/service

**To make a payment by phone:** 1-800-225-8285

**To send a payment by mail:**

Liberty Mutual Group
PO Box 505
Saint Louis, MO 63166-0505

Please write your policy number █████████ 26-75 on your check.

**All Customers:** Please note that the cancellation of your insurance policy does not satisfy your obligation to pay any outstanding balances owed for that policy.

**If you used automated payments:** When your policy was cancelled, Liberty Mutual immediately stopped any form of automated payment you were using.

If you have questions regarding your balance, please call our Customer Response Center at **1-800-225-8285**.

Please disregard this notice if you have already sent the required payment.

Thank you.

Date of notification - 11/03/2020

Liberty Insurance Corporation