MICHAEL J. WRIGHT (SBN: 231789)
mjwright@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614, UNITED STATES OF AMERICA
Telephone: (949) 255-6986
Facsimile: (949) 474-2060

Attorneys for Defendant
CREDIT CONTROL SERVICES, INC.,
D/B/A CREDIT COLLECTION SERVICES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL SMITH,<br><br>                     Plaintiff,<br><br>      v.<br><br>CREDIT COLLECTION SERVICE, EQUIFAX, TRANSUNION, EXPERIAN,<br><br>                     Defendants. | CASE NO. 3:22-cv-00782-LB<br><br>**DEFENDANT CREDIT CONTROL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**<br><br>Complaint Filed: February 7, 2022 |

This Corporate Disclosure Statement is filed on behalf of Defendant Credit Control Services, Inc., d/b/a Credit Collection Services, improperly named as Credit Collection Service, in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure. Defendant hereby declares as follows:

1. Credit Control Services, Inc., is not a publicly traded corporation.
2. CCS Financial Services, Inc., is the parent corporation of Credit Control Services, Inc.

-1-
DEFENDANT CREDIT CONTROL SERVICES, INC.'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

3. CCS Financial Services, Inc., is not a publicly traded corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  March 2, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Michael J. Wright*
Michael J. Wright
*Attorneys for Defendant Credit Control Services, Inc.*

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 5 Park Plaza, Suite 1100, Irvine, CA 92614. On March 2, 2022, I served the within documents:

**RULE 7.1 CORPORATE DISCLOSURE OF DEFENDANT CREDIT CONTROL SERVICES, INC.**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL SERVICE:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC ACCESS**: I hereby certify that the above document(s) was uploaded to the U.S. Central District Court website – through the CM/ECF efiling system into *Smith v. Credit Collection Service, et al.* and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Irvine, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY OVERNIGHT MAIL:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

Samuel Smith
248 3rd St. #445
Oakland, CA 94607
*Plaintiff pro se*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

-3-
DEFENDANT CREDIT CONTROL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

1  I declare that I am employed in the office of a member of the Bar of this
2  court at whose direction the service was made.

3  Executed on March 2, 2022 at Westminster, California.

*/s/ Sandra Avants*
Sandra Avants