```
NOKES & QUINN
Thomas P. Quinn, Jr. (SBN 132268)
tquinn@nokesquinn.com
410 Broadway, Suite 200
Laguna Beach, California 92651
Telephone:    (949) 376-3500
Facsimile:    (949) 376-3070

Counsel for Defendant
EQUIFAX INFORMATION SERVICES LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT COLLECTION SERVICE, EQUIFAX, TRANS UNION, and EXPERIAN,<br><br>    Defendants. | Case No. 3:22-cv-00782-LB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**<br><br>Complaint Filed:        February 7, 2022<br>Current Response Date:  March 2, 2022<br>New Response Date:      April 1, 2022 |

Pursuant to Local Rule 6-1, Plaintiff Samuel Smith ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1.  On February 7, 2022, Plaintiff filed a Complaint against Defendant Equifax in the United States District Court of the Northern District of California, titled *Samuel Smith v. Credit Collection Service, et al*; Case No. 22-00782-LB.  (ECF No. 1)

2.  Plaintiff served their Complaint on Equifax on February 9, 2022.

3.  Equifax's response to the Complaint is currently due on March 2, 2022.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, the parties stipulate to an initial extension of the deadline to respond to Plaintiff's Complaint, up to and including, April 1, 2022.

5. On March 2, 2022, Equifax's counsel conferred with Plaintiff regarding the basis for its need for an extension. Plaintiff had no objection and provided assent.

NOW THEREFORE, the Parties hereby stipulate and agree to a thirty (30) day extension of time for Defendant Equifax to answer or otherwise respond to Plaintiff's Complaint through and including April 1, 2022.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted on March 2, 2022.

NOKES & QUINN

By: */s/ Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr.
*Counsel for Defendant*
*Equifax Information Services LLC*

By: */s/ Samuel Smith (with express permission)*
Samuel Smith
*Pro Se Samuel Smith*

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

*/s/ Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr.