NOKES & QUINN
Thomas P. Quinn, Jr. (SBN 132268)
tquinn@nokesquinn.com
410 Broadway, Suite 200
Laguna Beach, California 92651
Telephone:   (949) 376-3500
Facsimile:   (949) 376-3070

Counsel for Defendant
EQUIFAX INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>CREDIT COLLECTION SERVICE, EQUIFAX, TRANS UNION, and EXPERIAN,<br><br>  Defendants. | Case No. 3:22-cv-00782-LB<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED ENTITIES [L.R. 3-15]** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc. Equifax Inc., which is a publicly traded company on the NYSE, is the sole parent of Equifax. No other entity owns 10% or more of Equifax's stock.

80034352v.1

1 | DATED: March 2, 2022

Respectfully submitted,

NOKES & QUINN

By: /s/ *Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr.
Counsel for Defendant
Equifax Information Services LLC

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED ENTITIES [L.R. 3-15]

80034352v.1