1  Kelly Albright (State Bar No. 317923)
   kalbright@jonesday.com
2  Christian VanDenBerghe (State Bar No. 340137)
   cvandenberghe@jonesday.com
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA  92612.4408
   Telephone:    (949) 851-3939
5  Facsimile:    (949) 553-7539

6  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
7  INC.

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12
   Samuel Smith,                          Case No. 3:22-cv-00782-LB
13
                    Plaintiff,            Magistrate Judge:  Laurel Beeler
14
         v.                              **DEFENDANT EXPERIAN INFORMATION**
15                                       **SOLUTIONS, INC.'S ANSWER TO**
   Credit Collection Service, Equifax,   **PLAINTIFF'S COMPLAINT**
16 Transunion, Experian
                                         Complaint filed:  February 7, 2022
17               Defendant.

18

19       COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and

20 through its undersigned counsel, and answers Plaintiff Samuel Smith ("Plaintiff") Complaint as

21 follows:[1]

22       1.      In response to sentence 1 of the Complaint, which begins with the words "On

23 October, 13 2020," Experian is without knowledge or information sufficient to form a belief as to

24 the truth of those allegations and, on that basis, denies generally and specifically, each and every

25 allegation contained therein.

26

27 ─────────────────────
   [1] As Plaintiff did not include numbered paragraphs in his complaint, Experian
   responds to each sentence of Plaintiff's Complaint as if it was a paragraph and
28 includes a the beginning of each sentence for ease of reference.

1      2.      In response to sentence 2 of the Complaint, which begins with the words "Also,

2   my information was giving to them also," Experian is without knowledge or information

3   sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally

4   and specifically, each and every allegation contained therein.

5      3.      In response to sentence 3 of the Complaint, which begins with the words "I had a

6   policy with Liberty Mutual Insurance," Experian is without knowledge or information sufficient

7   to form a belief as to the truth of those allegations and, on that basis, denies generally and

8   specifically, each and every allegation contained therein.

9      4.      In response to sentence 4 of the Complaint, which begins with the words "Which

10  was cancel in December," Experian is without knowledge or information sufficient to form a

11  belief as to the truth of those allegations and, on that basis, denies generally and specifically, each

12  and every allegation contained therein.

13     5.      In response to sentence 5 of the Complaint, which begins with the words "I have

14  no outstanding balance with either," Experian is without knowledge or information sufficient to

15  form a belief as to the truth of those allegations and, on that basis, denies generally and

16  specifically, each and every allegation contained therein.

17     6.      In response to sentence 6 of the Complaint, which begins with the words "My

18  contract of obligation ended," Experian is without knowledge or information sufficient to form a

19  belief as to the truth of those allegations and, on that basis, denies generally and specifically, each

20  and every allegation contained therein.

21     7.      In response to sentence 7 of the Complaint, which begins with the words "I did not

22  renew my contract," Experian is without knowledge or information sufficient to form a belief as

23  to the truth of those allegations and, on that basis, denies generally and specifically, each and

24  every allegation contained therein.

25     8.      In response to sentence 8 of the Complaint, which begins with the words

26  "Insurance Companies do not," Experian is without knowledge or information sufficient to form a

27  belief as to the truth of those allegations and, on that basis, denies generally and specifically, each

28  and every allegation contained therein.

1       9.      In response to sentence 9 of the Complaint, which begins with the words

2   "Nonpayment results in a lapse of coverage," Experian is without knowledge or information

3   sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally

4   and specifically, each and every allegation contained therein.

5       10.     In response to sentence 10 of the Complaint, which begins with the words

6   "Neither, can Credit Collection Service," Experian is without knowledge or information sufficient

7   to form a belief as to the truth of those allegations and, on that basis, denies generally and

8   specifically, each and every allegation contained therein.

9       11.     In response to sentence 11 of the Complaint, which begins with the words "There

10  is no record of a renewed contract," Experian is without knowledge or information sufficient to

11  form a belief as to the truth of those allegations and, on that basis, denies generally and

12  specifically, each and every allegation contained therein.

13      12.     In response to sentence 12 of the Complaint that alleges "With Liberty Mutual

14  Insurance Company," no response is required as it contains no allegations against Experian, to the

15  extent that a response is necessary, Experian denies generally and specifically, each and every

16  allegation contained therein.

17      13.     In response to sentence 13 of the Complaint, which begins with the words "There

18  is no signature that binds me to services," Experian is without knowledge or information

19  sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally

20  and specifically, each and every allegation contained therein.

21      14.     In response to sentence 14 of the Complaint, which begins with the words "There

22  is no documentation me agreeing to pay," Experian is without knowledge or information

23  sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally

24  and specifically, each and every allegation contained therein.

25      15.     In response to sentence 15 of the Complaint, which begins with the words

26  "However, there was no," Experian is without knowledge or information sufficient to form a

27  belief as to the truth of those allegations and, on that basis, denies generally and specifically, each

28  and every allegation contained therein.

1

2

3

4

16.     In response to sentence 16 of the Complaint, which begins with the words "Credit Collection Service is," Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

5

6

7

8

17.     In response to sentence 17 of the Complaint, which begins with the words "Liberty Mutual Insurance Company," Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

9

10

11

12

18.     In response to sentence 18 of the Complaint, which begins with the words "And I ended the coverage," Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

13

14

15

16

19.     In response to sentence 19 of the Complaint, which begins with the words "Liberty Mutual Insurance continue to bill," Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

17

18

19

20

20.     In response to sentence 20 of the Complaint, which begins with the words "Furthermore, Credit Collection Service bought the debt," Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

21

22

23

24

21.     In response to sentence 21 of the Complaint, which begins with the words "Credit Collection Service place a false inquiry on my credit profile," Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

25

26

27

28

22.     In response to sentence 22 of the Complaint, which begins with the words "My Credit profile has a 'Negative' inquiry," Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

EXPERIAN ANSWER TO COMPLAINT
Case No. 3:22-cv-00782-LB

1    23.    In response to sentence 23 of the Complaint, which begins with the words "Which

2    lower my score," Experian is without knowledge or information sufficient to form a belief as to

3    the truth of those allegations and, on that basis, denies generally and specifically, each and every

4    allegation contained therein.

5    24.    In response to sentence 24 of the Complaint, which begins with the words "Im

6    seeking that the court to permanently stop," Experian admits that the Complaint purports to state

7    claims against Credit Collection Service. Except as specifically admitted, Experian is without

8    knowledge or information sufficient to form a belief as to the truth of those allegations and, on

9    that basis, denies generally and specifically, each and every allegation contained therein.

10    25.    In response to sentence 25 of the Complaint, which begins with the words "And a

11    $1000.00 dollars for each," Experian admits that the Complaint seeks damages. Except as

12    specifically admitted, Experian is without knowledge or information sufficient to form a belief as

13    to the truth of those allegations and, on that basis, denies generally and specifically, each and

14    every allegation contained therein.

15    26.    In response to sentence 26 of the Complaint, which begins with the words "That

16    include 'defamation of Character' by me going," Experian denies that it has defamed Plaintiff

17    and denies that it is liable to Plaintiff for any alleged damages. Experian also denies, generally

18    and specifically, each and every allegation contained therein that relates to Experian. As to the

19    allegations in sentence 26 that relate to the other defendants, Experian does not have knowledge

20    or information sufficient to form a belief as to the truth of those allegations and, on that basis,

21    denies, generally and specifically, each and every remaining allegation of sentence 26 of the

22    Complaint.

23    27.    In response to sentence 27 of the Complaint, which begins with the words "It

24    tarnish my record," Experian denies that it is liable to Plaintiff for any alleged damages.

25    Experian also denies, generally and specifically, each and every allegation contained therein that

26    relates to Experian. As to the allegations in sentence 27 that relate to the other defendants,

27    Experian does not have knowledge or information sufficient to form a belief as to the truth of

28

1   those allegations and, on that basis, denies, generally and specifically, each and every remaining

2   allegation of sentence 27 of the Complaint.

3          28.     In response to sentence 28 of the Complaint, which begins with the words "Of

4   being a High Risk," Experian denies that it is liable to Plaintiff for any alleged damages.

5   Experian also denies, generally and specifically, each and every allegation contained therein that

6   relates to Experian.  As to the allegations in sentence 28 that relate to the other defendants,

7   Experian does not have knowledge or information sufficient to form a belief as to the truth of

8   those allegations and, on that basis, denies, generally and specifically, each and every remaining

9   allegation of sentence 28 of the Complaint.

10         29.     In response to sentence 29 of the Complaint, which begins with the words "That's

11  what the damages are," Experian is without knowledge or information sufficient to form a belief

12  as to the truth of those allegations and, on that basis, denies generally and specifically, each and

13  every allegation contained therein.

14         30.     In response to sentence 30 of the Complaint, which begins with the words "I was

15  made of aware of Credit Collection Service," Experian is without knowledge or information

16  sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally

17  and specifically, each and every allegation contained therein.

18         31.     In response to sentence 31 of the Complaint, which begins with the words

19  "Because of the 'false' reporting," Experian denies, generally and specifically, each and every

20  allegation contained therein that relates to Experian.  As to the allegations in sentence 31 that

21  relate to the other defendants, Experian does not have knowledge or information sufficient to

22  form a belief as to the truth of those allegations and, on that basis, denies, generally and

23  specifically, each and every remaining allegation of sentence 31 of the Complaint.

24         32.     In response to sentence 32 of the Complaint, which alleges that "I was denied the

25  application," Experian is without knowledge or information sufficient to form a belief as to the

26  truth of those allegations and, on that basis, denies generally and specifically, each and every

27  allegation contained therein.

28

1      33.     In response to sentence 33 of the Complaint, which begins with the words

2 "Equifax, Transunion, and Experian are named in this lawsuit," Experian denies, generally and

3 specifically, each and every allegation contained therein that relates to Experian. As to the

4 allegations in sentence 33 of the Complaint that relate to the other defendants, Experian does not

5 have knowledge or information sufficient to form a belief as to the truth of those allegations and,

6 on the basis, denies, generally and specifically, each and every remaining allegation contained in

7 the thirty-third sentence of the Complaint.

8      34.     In response to sentence 34 of the Complaint, which begins with the words

9 "Companies of Credit Collection Service gets paid," Experian is without knowledge or

10 information sufficient to form a belief as to the truth of those allegations and, on that basis, denies

11 generally and specifically, each and every allegation contained therein.

12      35.     In response to sentence 35 of the Complaint, which begins with the words "I want

13 the court to grant this petition," Experian admits that the Complaint purports to state claims

14 against Credit Collection Service. Experian also admits the Complaint seeks equitable relief.

15 Except as specifically admitted, Experian is without knowledge or information sufficient to form

16 a belief as to the truth of those allegations and, on that basis, denies generally and specifically,

17 each and every allegation contained therein.

18      36.     In response to sentence 36 of the Complaint, which begins with the words "Also,

19 having the Credit to restore," Experian admits that the Complaint seeks his credit score to be

20 restored. Experian denies, generally and specifically, each and every allegation contained therein

21 that relates to Experian. As to the allegations in sentence 36 that relate to the other defendants,

22 Experian does not have knowledge or information sufficient to form a belief as to the truth of

23 those allegations and, on that basis, denies, generally and specifically, each and every remaining

24 allegation of sentence 36 of the Complaint.

25                    **RESPONSE TO PRAYER FOR RELIEF**

26      In response to sentence 37 of the Complaint, which begins with the words "I'm petition

27 the court for monetary damage," Experian denies that Plaintiff is entitled to any damages or other

28 relief against Experian as set forth in sentence 37 of the Complaint, which Experian reads as

1  Plaintiff's prayer for relief.

2  **RESPONSE TO DEMAND FOR JURY TRIAL**

3  Experian admits that Plaintiff has demanded a trial by jury on all issues triable.

4  **AFFIRMATIVE DEFENSES**

5  In further response to Plaintiff's Complaint, Experian hereby asserts the following

6  affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

7  **FIRST AFFIRMATIVE DEFENSE**

8  (FAILURE TO STATE A CLAIM)

9  The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to

10  state a claim upon which relief may be granted against Experian and further fails to state facts

11  sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

12  **SECOND AFFIRMATIVE DEFENSE**

13  (IMMUNITY)

14  All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

15  **THIRD AFFIRMATIVE DEFENSE**

16  (TRUTH/ACCURACY OF INFORMATION)

17  All claims against Experian are barred because all information Experian communicated to

18  any third person regarding Plaintiff was true.

19  **FOURTH AFFIRMATIVE DEFENSE**

20  (INDEMNIFICATION)

21  Experian is informed and believes and thereon alleges that any purported damages

22  allegedly suffered by Plaintiff was the result of the acts or omissions of third persons over whom

23  Experian had neither control nor responsibility.

24  **FIFTH AFFIRMATIVE DEFENSE**

25  (FAILURE TO MITIGATE DAMAGES)

26  Plaintiff has failed to mitigate his damages.

27

28

1

## SIXTH AFFIRMATIVE DEFENSE

2

(LACHES)

3

The claims for relief set forth in the Complaint are barred by the doctrine of laches.

4

## SEVENTH AFFIRMATIVE DEFENSE

5

(CONTRIBUTORY/COMPARATIVE FAULT)

6

Experian is informed and believes and thereon alleges that any alleged damages sustained

7

by Plaintiff was, at least in part, caused by the actions of Plaintiff himself, and resulted from

8

Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by

9

Experian.

10

## EIGHTH AFFIRMATIVE DEFENSE

11

(ESTOPPEL)

12

Any damages which Plaintiff may have suffered, which Experian continues to deny, were

13

the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and

14

barred from recovery of any damages.

15

## NINTH AFFIRMATIVE DEFENSE

16

(STATUTE OF LIMITATIONS)

17

Experian is informed and believes and thereon alleges that the claim for relief in the

18

Complaint herein is barred by the applicable statutes of limitation, including but not limited to

19

15 U.S.C. § 1681p.

20

## TENTH AFFIRMATIVE DEFENSE

21

(UNCLEAN HANDS)

22

The Complaint, Experian and each claim for relief therein that seeks equitable relief, is

23

barred by the doctrine of unclean hands.

24

## ELEVENTH AFFIRMATIVE DEFENSE

25

(INDEPENDENT INTERVENING CAUSE)

26

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries

27

alleged in the Complaint, Experian there was an intervening, superseding cause and/or causes

28

leading to such alleged injuries and, as such, any action on the part of Experian was not a

1   proximate cause of the alleged injuries.

2   **TWELFTH AFFIRMATIVE DEFENSE**

3   (MOOTNESS)

4   Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought

5   is moot.

6   **THIRTEENTH AFFIRMATIVE DEFENSE**

7   (WAIVER)

8   Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

9   **FOURTEENTH AFFIRMATIVE DEFENSE**

10  (PREEMPTION)

11  Any and all state and common law claims Plaintiff bring against Experian are preempted

12  by the federal Fair Credit Reporting Act.

13  **FIFTEENTH AFFIRMATIVE DEFENSE**

14  (CONSENT)

15  Plaintiff's claim for defamation is barred, in whole or in part, to the extent that any

16  allegedly defamatory statements were consented to by Plaintiff.

17  **SIXTEENTH AFFIRMATIVE DEFENSE**

18  (RIGHT TO ASSERT ADDITIONAL DEFENSES)

19  Experian reserves the right to assert additional affirmative defenses at such time and to

20  such extent as warranted by discovery and the factual developments in this case.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

**PRAYER FOR RELIEF**

2

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

3

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be

4

dismissed in its entirety;

5

(2)     For costs of suit and attorneys' fees herein incurred; and

6

(3)     For such other and further relief as the Court may deem just and proper.

7

8

Dated:  March 15, 2022                          JONES DAY

9

10                                                          By: */s/ Kelly Albright*
                                                                       Kelly Albright
11

12                                                          Attorneys for Defendant
                                                            EXPERIAN INFORMATION SOLUTIONS,
13                                                          INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I, Kelly Albright, declare:

3

I am a citizen of the United States and employed in Orange County, California. I am over

4

the age of eighteen years and not a party to the within-entitled action. My business address is

5

3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 15, 2022, I served a

6

copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER**

7

**TO PLAINTIFF'S COMPLAINT** by electronic transmission.

8

I am familiar with the United States District Court for the Northern District of California's

9

practice for collecting and processing electronic filings. Under that practice, documents are

10

electronically filed with the court. The court's CM/ECF system will generate a Notice of

11

Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the

12

case. The NEF will constitute service of the document. Registration as a CM/ECF user

13

constitutes consent to electronic service through the court's transmission facilities. Under said

14

practice, the following CM/ECF users were served:

15

| | |
|---|---|
| Michael John Wright | Thomas P. Quinn , Jr. |
| Gordon Rees Scully Mansukhani, LLP | Nokes & Quinn APC |
| 5 Park Plaza, Suite 1100 | 410 Broadway, Suite 200 |
| Irvine, CA 92614 | Laguna Beach, CA 92651 |
| T: (949) 255-6986 | T: (949) 376-3500 |
| F: (949) 474-2060 | F: (949) 376-3070 |
| Email: mjwright@grsm.com | Email: tquinn@nokesquinn.com |
| *Attorneys for Credit Control Services, Inc.,* | *Attorneys for Equifax Information Services* |
| *d/b/a Credit Collection Services* | *LLC* |

16

17

18

19

20

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

NAI-1527960709v1

- 12 -

EXPERIAN ANSWER TO COMPLAINT
Case No. 3:22-cv-00782-LB

1    I further certify that on March 15, 2022, I caused the foregoing document to be placed in a

2  sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California,

3  addressed to the following non-CM/ECF participant(s):

4    Samuel Smith
     248 3rd St. #445
5    Oakland, CA  94607
     *Pro Se Plaintiff*
6

7    Executed on March 15, 2022, at Irvine, California.

8

9                                        */s/ Kelly Albright*
                                         Kelly Albright

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28