```
Kelly Albright (State Bar No. 317923)
kalbright@jonesday.com
Christian VanDenBerghe (State Bar No. 340137)
cvandenberghe@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Samuel Smith,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Credit Collection Service, Equifax, Transunion, Experian<br><br>　　　　　Defendant. | Case No. 3:22-cv-00782-LB<br><br>Magistrate Judge:  Laurel Beeler<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint filed:  February 7, 2022 |

　　　　Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　　1.　　Parent Companies:  The ultimate parent company of Experian is Experian plc.

　　　　2.　　Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

　　　　　　(a)　　Central Source LLC

1  (b) Online Data Exchange LLC
2  (c) New Management Services LLC
3  (d) VantageScore Solutions LLC
4  (e) Opt-Out Services LLC

3. Publicly Held Companies:  Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  March 15, 2022

Respectfully submitted,

Jones Day

By: */s/ Kelly Albright*
       Kelly Albright

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Kelly Albright, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 15, 2022, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Michael John Wright<br>Gordon Rees Scully Mansukhani, LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>T: (949) 255-6986<br>F: (949) 474-2060<br>Email: mjwright@grsm.com<br>*Attorneys for Credit Control Services, Inc., d/b/a Credit Collection Services* | Thomas P. Quinn, Jr.<br>Nokes & Quinn APC<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>T: (949) 376-3500<br>F: (949) 376-3070<br>Email: tquinn@nokesquinn.com<br>*Attorneys for Equifax Information Services LLC* |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    I further certify that on March 15, 2022, I caused the foregoing document to be placed in a

2  sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California,

3  addressed to the following non-CM/ECF participant(s):

Samuel Smith
248 3rd St. #445
Oakland, CA  94607
*Pro Se Plaintiff*

Executed on March 15, 2022, at Irvine, California.

*/s/ Kelly Albright*
Kelly Albright