UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CREDIT COLLECTION SERVICE, EQUIFAX, TRANSUNION, EXPERIAN, et al.,<br><br>        Defendants. | Case No.  22-cv-00782-LB<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE NOTICE** |

The Clerk of the Court will now reassign this case to a United States District Judge because either:

(1)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2)  A party has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The case-management conference before Magistrate Judge Laurel Beeler set for **May 12, 2022 at 11:00 AM.** is hereby **VACATED**.

Dated: March 16, 2022

Mark B. Busby
Clerk, United States District Court

By: _____
Elaine Kabiling, Deputy Clerk to the
Honorable LAUREL BEELER

NOTICE (22-cv-00782-LB)