Samuel Smith
248 3rd St. #445
Oakland, CA 94607
Phone: 510-437-0676
Email: Samuelle.Smith@gmail.com

FILED
MAR 24 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT OF NORTHERN CALIFORNIA

Samuel Smith

    Plaintiff

vs.

Credit Collection Service, Equifax, Transunion, Experian

    Defendant

Case No.22-CV-00782-LB

TRANSUNION-AGREEMENT SETTLEMENT AND OPT OUT OF LAWSUIT: PLAINTIFF REQUEST CASE DISSMISSAL AGAINST TRANSUNION

I the plaintiff Samuel Smith, Defendant TransUnion have reach a settlement Agreement. I the Plaintiff request that the complaint against TransUnion Be dismissed.

3/23/2022

_____
Petitioner-Pro-Per Samuel Smith