Thomas P. Quinn, Jr. (SBN 132268)
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION SERVICE, EQUIFAX, TRANS UNION, and EXPERIAN,<br><br>        Defendants. | Case No. 3:22-cv-00782-JD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Samuel Smith, and Defendant Equifax Information Services LLC, erroneously named as Equifax, ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees

Dated: April 1, 2022                         Respectfully submitted,

                                             */s/ Samuel Smith (With Express Permission)*
                                             Samuel Smith, Pro Se Plaintiff

*/s/ Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr. (SBN 132268)
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376.3070
Email:  tquinn@nokesquinn.com

*Counsel for Defendant*
*Equifax Information Services LLC,*
*erroneously named as Equifax*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2022, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF users in this case.

The undersigned also certifies that on April 1, 2022, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was served on pro se Plaintiff Samuel Smith by U.S. Mail, at the following address:

Samuel Smith
248 3rd St #445
Oakland, CA 94607

/s/ Thomas P. Quinn, Jr.
Thomas P. Quinn, Jr.
*Counsel for Defendant*
*Equifax Information Services LLC,*
*erroneously named as Equifax*