Thomas P. Quinn, Jr. (SBN 132268)
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL SMITH,

       Plaintiff,

   v.

CREDIT COLLECTION SERVICE,
EQUIFAX, TRANS UNION, and
EXPERIAN,

       Defendants.

Case No. 3:22-cv-00782-JD

**PROPOSED ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC**

    Plaintiff, Samuel Smith, and Defendant, Equifax Information Services, LLC, erroneously named as Equifax, through counsel, having filed their Stipulation of Dismissal with Prejudice, and this Court having reviewed the same, hereby ORDERED:

    1. The stipulation is approved. The case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED: _____     _____
                                            UNITED STATES DISTRICT JUDGE