1  Kelly Albright (State Bar No. 317923)
   kalbright@jonesday.com
2  Christian VanDenBerghe (State Bar No. 340137)
   cvandenberghe@jonesday.com
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA  92612.4408
   Telephone:     (949) 851-3939
5  Facsimile:     (949) 553-7539

6  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| Samuel Smith,<br><br>                Plaintiff,<br><br>     v.<br><br>Credit Collection Service, Equifax, Transunion, Experian<br><br>                Defendant. | Case No. 3:22-cv-00782-JD<br><br>Hon. James Donato<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC**<br><br>Complaint filed:  February 7, 2022 |

IT IS HEREBY STIPULATED by and between Plaintiff Samuel Smith ("Plaintiff"), Defendant Experian Information Solutions, Inc. ("Experian"), and Defendant Trans Union, LLC ("Trans Union") that Plaintiff's claims against Experian and TransUnion in the above-captioned action be and hereby are dismissed <u>with prejudice</u> pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated:  April 18, 2022					By: */s/ Samuel Smith*
							        Samuel Smith

							Pro Se Plaintiff

Dated:  April 18, 2022					JONES DAY


							By: */s/ Kelly Albright*
							        Kelly Albright

							Attorneys for Defendant
							EXPERIAN INFORMATION SOLUTIONS, INC.

### Signature Certification

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

							*/s/ Kelly Albright*
							Kelly Albright

**CERTIFICATE OF SERVICE**

I, Kelly Albright, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On April 18, 2022, I served a copy of the **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Michael John Wright
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
T: (949) 255-6986
F: (949) 474-2060
Email: mjwright@grsm.com
*Attorneys for Credit Control Services, Inc.,
d/b/a Credit Collection Services*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   I further certify that on April 18, 2022, I caused the foregoing document to be placed in a

2   sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California,

3   addressed to the following non-CM/ECF participant(s):

4   Samuel Smith
    248 3rd St. #445
5   Oakland, CA  94607
    *Pro Se Plaintiff*
6

7   Executed on April 18, 2022, at Irvine, California.

8
                                    */s/ Kelly Albright*
9                                   Kelly Albright