1    Kelly Albright (State Bar No. 317923)
     kalbright@jonesday.com
2    Christian VanDenBerghe (State Bar No. 340137)
     cvandenberghe@jonesday.com
3    JONES DAY
     3161 Michelson Drive, Suite 800
4    Irvine, CA  92612.4408
     Telephone:      (949) 851-3939
5    Facsimile:      (949) 553-7539

6    Attorneys for Defendant
     EXPERIAN INFORMATION SOLUTIONS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   Samuel Smith,                          Case No. 3:22-cv-00782-JD

13              Plaintiff,                   Hon. James Donato

14        v.                                **[PROPOSED] ORDER GRANTING
                                            STIPULATION FOR DISMISSAL WITH
15   Credit Collection Service, Equifax,    PREJUDICE OF DEFENDANT
     Transunion, Experian                   EXPERIAN INFORMATION
16                                          SOLUTIONS, INC. AND TRANS
              Defendant.                    UNION, LLC**
17
                                            Complaint filed:  February 7, 2022
18

19            PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Samuel

20   Smith's claims against Defendant Experian Information Solutions, Inc. and Defendant Trans

21   Union, LLC are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs

22   incurred herein.

23

24   Dated:_____        _____
                                                HON. JAMES DONATO
25                                              United States District Judge

26

27

28

                                                            [PROPOSED] ORDER
                                                            Case No. 3:22-cv-00782-JD