Kelly Albright (State Bar No. 317923)
kalbright@jonesday.com
Christian VanDenBerghe (State Bar No. 340137)
cvandenberghe@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Samuel Smith,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Credit Collection Service, Equifax, Transunion, Experian<br><br>　　　　　Defendant. | Case No. 3:22-cv-00782-JD<br><br>Hon. James Donato<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC<br><br>Complaint filed:  February 7, 2022 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Samuel Smith's claims against Defendant Experian Information Solutions, Inc. and Defendant Trans Union, LLC are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated:  4/22/2022

　　　　　　　　　　　　　　　　　　　　　　
HON. JAMES DONATO
United States District Judge