1  MICHAEL J. WRIGHT (SBN: 231789)
2  mjwright@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
3  5 Park Plaza, Suite 1100
4  Irvine, CA 92614, UNITED STATES OF AMERICA
   Telephone:  (949) 255-6986
5  Facsimile:   (949) 474-2060

6
7  Attorneys for Defendant
   CREDIT CONTROL SERVICES, INC.,
8  D/B/A CREDIT COLLECTION SERVICES

9  **UNITED STATES DISTRICT COURT**
10
   **NORTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12  SAMUEL SMITH, | CASE NO. 3:22-cv-00782-LB |
| 13              Plaintiff, | **DEFENDANT CREDIT CONTROL SERVICES, INC.'S CERTIFICATE OF INTERESTED ENTITIES [L.R. 3-15]** |
| 14  v. | |
| 15  CREDIT COLLECTION SERVICE, EQUIFAX, TRANSUNION, EXPERIAN, | |
| 16 | |
| 17              Defendants. | Complaint Filed: February 7, 2022 |

20       Pursuant to Civil L.R. 3-15, the undersigned counsel for Defendant Credit
21  Control Services, Inc., d/b/a Credit Collection Services, improperly named as
22  Credit Collection Service, certifies that the following listed persons, associations of
23  persons, firms, partnerships, corporations (including parent corporations) or other
24  entities (i) have a financial interest in the subject matter in controversy or in a party
25  to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
26  party that could be substantially affected by the outcome of this proceeding:
27
28

1. Credit Control Services, Inc., is not a publicly traded corporation.
2. CCS Financial Services, Inc., is the parent corporation of Credit Control Services, Inc.
3. CCS Financial Services, Inc., is not a publicly traded corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: May 5, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Michael J. Wright*
Michael J. Wright
*Attorneys for Defendant Credit Control Services, Inc.*

-2-
DEFENDANT CREDIT CONTROL SERVICES, INC.'S
CERTIFICATE OF INTERESTED ENTITIES [L.R. 3-15]

# CERTIFICATE OF SERVICE
I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 5 Park Plaza, Suite 1100, Irvine, CA 92614. On May 5, 2022, I served the within documents:

**DEFENDANT CREDIT CONTROL SERVICES, INC.'S CERTIFICATE OF INTERESTED ENTITIES [L.R. 3-15]**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL SERVICE:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC ACCESS**: I hereby certify that the above document(s) was uploaded to the U.S. Central District Court website – through the CM/ECF efiling system into *Smith v. Credit Collection Service, et al.* and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Irvine, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Samuel Smith
248 3rd St. #445
Oakland, CA 94607
Phone: (510-437-0676
Email: Samuelle.Smith@gmail.com
*Plaintiff pro se*

☐ **BY OVERNIGHT MAIL:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on May 5, 2022 at Irvine, California.

                                                        *Sandra Avants*
                                                        Sandra Avants