UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>CREDIT CONTROL SERVICES, INC., D/B/A CREDIT COLLECTION SERVICES,<br><br>          Defendant. | Case No. 22-cv-00782-JD<br><br>**ORDER** |

The case is referred to the Court's ADR Unit for mediation. ADR L.R. 6.

Plaintiff's last day to add parties or amend pleadings is set for June 10, 2022. The Court will file a scheduling order.

The case management conference that was set for May 26, 2022, is vacated.

**IT IS SO ORDERED.**

Dated: May 23, 2022

JAMES DONATO
United States District Judge