1  MICHAEL J. WRIGHT (SBN: 231789)
2  mjwright@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
3  5 Park Plaza, Suite 1100
   Irvine, CA 92614
4  Telephone:  (949) 255-6986
   Facsimile:   (949) 474-2060
5
6  Attorneys for Defendant
   CREDIT CONTROL SERVICES, INC.,
7  D/B/A CREDIT COLLECTION SERVICES
8  SAMUEL SMITH
   Samuelle.smith@gmail.com
9  248 3rd St., #445
   Oakland, CA 94607
10 *Plaintiff pro se*

11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION
14

15 SAMUEL SMITH                        )  CASE NO.  3:22-cv-00782-JD
16                                     )
              Plaintiff,               )  **STIPULATION OF DISMISSAL**
17                                     )  **WITH PREJUDICE OF**
          vs.                          )  **DEFENDANT CREDIT**
18                                     )  **COLLECTION SERVICE**
   CREDIT COLLECTION SERVICE, EQUIFAX, )
19 TRANSUNION, EXPERIAN                 )  Fed. R. Civ. P. 41(a)(2)
                                       )
20           Defendant.                )
                                       )
21 _____    )

22      **TO THE HONORABLE COURT:**

23      **IT IS HEREBY STIPULATED** by and between Plaintiff Samuel Smith ("Plaintiff")

24 and Defendant Credit Control Services, Inc., d/b/a Credit Collection Service, improperly named

25 as Credit Collection Service ("CCS"), that Plaintiff's claims against CCS in the above-

26 captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(2) of the

27 Federal Rules of Civil Procedure. Each party shall bear their own attorney's fees and costs.

28      The parties hereby request this Court to enter an order dismissing this action with

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA  92614

1    prejudice pursuant to the foregoing Stipulation.

2    Dated: June 8, 2022                        GORDON REES SCULLY MANSUKHANI, LLP

3

4                                               By */s/ Michael J. Wright*

5                                               Michael J. Wright
                                                *Attorneys for Defendant Credit Control Services,*
6                                               *Inc. d/b/a Credit Collection Service*

7    Dated: June 8, 2022                        By  */s/ Samuel Smith*

8                                               Samuel Smith
                                                *Plaintiff pro se*

9

10                       **ATTESTATION OF E-FILED SIGNATURE**

11          I, Michael J. Wright, am the ECF user whose ID and password are being used to file this
     Stipulation of Dismissal.  In compliance with Local Rule 5-1(i), I hereby attest that Plaintiff
12   concurs in this filing.

13   Dated:  June 8, 2022                     _____*/s/ Michael J. Wright*_____
                                                        Michael J. Wright
14

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA  92614