Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL SMITH ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CREDIT COLLECTION SERVICE, EQUIFAX, ) <br> TRANSUNION, EXPERIAN ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO.  3:22-cv-00782-JD <br><br> The Hon. James Donato <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CREDIT COLLECTION SERVICE** <br><br> Complaint filed: Feb. 7, 2022 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Samuel Smith's claims against Defendant Credit Control Services, Inc., d/b/a/ Credit Collection Service, are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: _____

                                                      THE HON. JAMES DONATO
                                                      United States District Judge