**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL SMITH<br><br>  Plaintiff,<br><br> vs.<br><br>CREDIT COLLECTION SERVICE, EQUIFAX, TRANSUNION, EXPERIAN<br><br>  Defendants. | CASE NO. 3:22-cv-00782-JD<br><br>The Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CREDIT COLLECTION SERVICE**<br><br>Complaint filed: Feb. 7, 2022 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Samuel Smith's claims against Defendant Credit Control Services, Inc., d/b/a/ Credit Collection Service, are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.   The case is closed.

Dated:  6/21/2022

THE HON. JAMES DONATO
United States District Judge