USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:22-cv-00782-LB  Document 8-1  Filed 02/11/22  Page 1 of 1

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Samuel Smith | 3:22-cv-00782-LB |
| DEFENDANT | TYPE OF PROCESS |
| Equifax 1550 Peachtree St N. W. Atlanta, Georgia 30309 | ***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Equifax
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1550 Peachtree St N. W. Atlanta, Georgia 30309

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Samuel Smith
248 3rd St. #445
Oakland, Ca 94607

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Complaint and Docket No. 7***

FILED
JUL 20 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of:
Mark B. Busby
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 510-637-3535
DATE: 2/11/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 3 | District of Origin No. 11 | District to Serve No. 19 | Signature of Authorized USMS Deputy or Clerk | Date: 2/16/22

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 03/28/22   Time: 1515   ☐ am ☒ pm
Signature of U.S. Marshal or Deputy     DUSM

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8.00 | | | $0.00 |

REMARKS:
2/16/22- Sent to Atlanta Office / PER EQUIFAX MEMO, ALL LEGAL DOCUMENTS ARE TO BE MAILED TO THE ADDRESS PROVIDED ON THE MEMO.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00




**CERTIFIED MAIL®**

9407 1169 0224 6689 5433 49

Equifax-Corporation Service Company
ATTN: Equifax Legal epartment
2 Sun Ct Ste 400
Peachtree Corners GA 30092-2865

$5.31
US POSTAGE
FIRST-CLASS
FROM 30303
03/29/2022
stamps
endicia



## LOBBY SECURITY DESKTOP

### Service of Process: Lawsuits, subpoenas, garnishments, and other legal documents

**COVID-19 In-office service of process protocol**

**EFFECTIVE IMMEDIATELY**

Legal documents should be served via the Company's registered agent: Corporation Service Company ("CSC").

CSC has office locations throughout the United States. Legal documents can be mailed or delivered to CSC to execute service on Equifax.

CSC's Georgia location is:

Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092


Equifax Legal Department

INFORM › ENRICH › EMPOWER™